## Metropolitan Accident Association v. Myrtle Froiland.

1. APPELLATE COURT PRACTICE—*Time for Filing Records.*—Under the statute providing that where ten, but not twenty, days intervene between the last day of the term of the court from which the appeal is taken and the first day of the term of this court, the record shall be filed on or before the tenth day of the term; when the term begins on the 5th day of the month, a record filed on the 15th is not in time.

Appeal from the Circuit Court of Cook County; the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in this court at the March term, 1895. Appeal dismissed. Opinion filed July 5, 1895.

SMITH, SHEDD & UNDERWOOD, attorneys for appellant.

JAS. SMITH and C. S. DARROW, attorneys for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The statute requires that when ten, but not twenty, days intervene between the last day of the term of the court from which an appeal is taken to this court, and the first day of the term of this court, the record shall be filed here on or before the tenth day of the term here. This term of this court began on the 5th day of March.

The record was filed here on the 15th, which the appellee says was the eleventh day of the term, and too late. She therefore moves that the appeal be dismissed.

In Brown v. Leet, 136 Ill. 203, the Supreme Court decided in a case exactly parallel to this one, that the record was filed too late.

We must follow that decision, and the appeal is dismissed.